IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MORI, II AND ROBERT MORI,

    Plaintiffs,

  vs.                                                CIV-S-07-0295-JAM GGH

ALLEN BARONI, et al.,

    Defendants.                  <u>ORDER</u>

        Plaintiffs have applied ex parte for order shortening time for a hearing on their motion requiring compliance by Dennis Donald Geiger ("Geiger") with a subpoena served upon him and on an order to show cause regarding contempt pursuant to Fed. R. Civ. P. 45(e). Good cause appearing therefor,

        IT IS ORDERED that:

        1. The hearing on plaintiffs' motion requiring compliance with subpoena and order to show cause regarding contempt is hereby set for June 19, 2008, at 10:00 a.m. in courtroom #24, and Geiger is ordered to appear and show cause at that time why he should not further testify at deposition and/or not be held in contempt and have costs and expenses of said Motion, including attorneys' fees, entered against him.

\\\\\

1

1      2.  Geiger shall file[1] any points and authorities in opposition to plaintiffs' motion
2  no later than close of business on June 17, 2008.
3      3.  Plaintiffs may file a reply by close of business on June 18, 2008.
4      4.  Plaintiffs shall serve this order on Geiger by facsimile or email this day.
5  DATED: 06/10/08

                                            /s/ Gregory G. Hollows
                                            _____
                                            GREGORY G. HOLLOWS
                                            U. S. MAGISTRATE JUDGE

GGH/076
Mori0295.ost.wpd

---

[1] Geiger shall register for electronic filing with the court and e-file his opposition.

2