IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MORI, II AND ROBERT MORI,

    Plaintiffs,

  vs.                                  CIV-S-07-0295-JAM GGH

ALLEN BARONI, et al.,

    Defendants.               ORDER

        Defendants have applied ex parte for order shortening time for a hearing on their motion for protective order, filed June 11, 2008. Plaintiffs have filed an opposition. Having reviewed the parties' filings, the court now issues the following order.

        Defendants seek to stay discovery in this case until after the district court rules on their motion to stay proceedings pursuant to Younger v. Harris, 401 U.S. 37 (1971). That hearing is currently scheduled for July 23, 2008. Defendants' request would extend the discovery cutoff in this case past the current cutoff of June 30, 2008, which this court has no authority to permit.

        In light of the fact that this action was initiated a year and four months ago on February 13, 2007, that discovery cutoff is imminent, and that defendants just recently filed their

\\\\\

1

1  motion to stay proceedings[1] despite pending proceedings in the state court action since 2006,

2  defendants have not made the requisite showing to obtain order shortening time.

3        Accordingly, IT IS ORDERED that defendants' ex parte application for order

4  shortening time for hearing on their motion for a protective order, filed June 11, 2008, is denied.

5  DATED: 06/12/08

6                                              /s/ Gregory G. Hollows

7                                              GREGORY G. HOLLOWS
                                            U. S. MAGISTRATE JUDGE

8  GGH/076
Mori0295.ost2.wpd

---

[1] Defendants filed their motion to stay proceedings on May 23, 2008; however, the parties recently stipulated to continue the hearing on it from July 9, 2008 to July 23, 2008.