CYNTHIA J. LARSEN (State Bar No. 123994)
KATIE C. DEWITT (State Bar No. 244673)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 958314
Telephone:   (916) 447-9200
Facsimile:   (916) 329-4900
E-Mail:  clarsen@orrick.com

Attorneys for Plaintiffs
Robert Mori, II and Robert Mori

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORI, II and ROBERT MORI;<br><br>Plaintiffs,<br><br>v.<br><br>ALLEN BARONI, ALECK DAMBACHER, LOUIS GIOVANNONI, in their individual capacities,<br><br>Defendants. | Case No.  2:07-cv-00295-JAM-GGH<br><br>**ORDER APPROVING STIPULATION ALTERING SCHEDULING ORDER AND EXPERT DEADLINES TO ALLOW FOR SETTLEMENT DISCUSSIONS.** |

Plaintiffs Robert Mori, II and Robert Mori and Defendants Allen Baroni, Aleck Dambacher, and Louis Giovannoni have requested court approval of their stipulation extending deadlines for discovery, expert disclosure, pre-trial conference, and trial to allow them the fullest opportunity to participate in settlement negotiations and mediation.  Good cause appearing therefore,

IT IS SO ORDERED:

1. The hearing on Defendants' Motion is hereby continued thirty days from Wednesday, September 3, 2008 to Wednesday, October 1, 2008 at 9:00 A.M., with the briefing schedule to be continued accordingly;

2. The exchange of expert reports is hereby continued thirty days from Tuesday August 19, 2008 to Thursday, September 18, 2008;

OHS West:260488552.1

P.O. APPROVING STIP ALTERING S.O. & EXPERT DEADLINES
TO ALLOW FOR SETTLEMENT DISCUSSIONS
2:07-CV-00295 JAM- GGH

PDF created with pdfFactory trial version www.pdffactory.com

1    3.      The pretrial conference is hereby continued from October 15, 2008, at 4
2  p.m. to November 21, 2008 at 2 p.m.;
3    4.      The date for the start of trial is hereby continued from November 17, 2008
4  to January 12, 2009 at 8:30 a.m.

6  Dated: August 12, 2008

        /s/ John A. Mendez
        HON. JOHN A. MENDEZ
         U.S. DISTRICT JUDGE

OHS West:260488552.1    - 2 -    P.O. APPROVING STIP ALTERING S.O. & EXPERT DEADLINES TO ALLOW FOR SETTLEMENT DISCUSSIONS CIV. S-02-1140 LKK JFM

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE BY U.S. MAIL**

I am a citizen of the United States, more than eighteen years old and not a party to this action. My place of employment and business address is 400 Capitol Mall, Suite 3000, Sacramento, California 95814-4497.

On August 12, 2008, I served the foregoing: **PROPOSED ORDER APPROVING STIPULATION ALTERING SCHEDULING ORDER AND EXPERT DEADLINES TO ALLOW FOR SETTLEMENT DISCUSSIONS** on the interested parties in this action by placing a true and correct copy thereof in sealed envelopes addressed as follows:

| | |
|---|---|
| James K. Ward<br>Evans, Wieckowski & Ward, LLP<br>745 University Avenue<br>Sacramento, CA 95825<br>E-mail: ward@ewwllp.com | Attorneys for Defendants<br>Allen Baroni, Aleck Dambacher,<br>and Louis Giovannoni |
| J. Anthony Abbott<br>Mayall, Hurley, Knutsen, Smith & Green<br>2453 Grand Canal Boulevard<br>Stockton, CA 95207<br>E-mail: jabbott@mayallaw.com | Attorneys for Defendants<br>Allen Baroni, Aleck Dambacher,<br>and Louis Giovannoni |

I deposited such envelopes with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Sacramento, California on the date indicated above.

Executed on August 12, 2008 at Sacramento, California.

I declare under penalty of perjury under the laws of the State of California and these United States that the foregoing is true and correct.

_____
Mary McClelland

PDF created with pdfFactory trial version www.pdffactory.com