JAMES K. WARD, ESQ. (SBN# 117639)
DANIEL P. JAY, ESQ. (SBN# 215860)
EVANS, WIECKOWSKI & WARD
745 University Ave.
Sacramento, CA 95825
Tel: (916)926-1600
Fax: (916)926-1616

UNITED STATES OF DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORI II, and ROBERT MORI, | Case No.: No. 2:07-cv-00295-JAM-GGH |
| Plaintiff, | **ORDER REGARDING DEFERRAL OF EXCHANGE OF EXPERT REPORTS** |
| vs. | |
| ALLEN BARONI, ALECK DAMBACHER, LOUIS GIOVANNONI, in their individual capacities, | |
| Defendants | |

The parties have stipulated that the exchange of expert witness reports as under Federal Rule of Civil Procedure 26(a)(2)(C)(i) will be deferred until October 2, 2008 in order facilitate continued settlement discussions among the parties.  Good cause appearing therefore,

IT IS SO ORDERED:

That the parties will exchange expert witness reports on October 2, 2008.

Dated:   September 16, 2008

/s/ John A. Mendez
Judge John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com