JAMES K. WARD, ESQ. (SBN# 117639)
DANIEL P. JAY, ESQ. (SBN# 215860)
EVANS, WIECKOWSKI & WARD
745 University Ave.
Sacramento, CA 95825
Tel: (916)926-1600
Fax: (916)926-1616

UNITED STATES OF DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORI II, and ROBERT MORI, | Case No.: No. 2:07-cv-00295-JAM-GGH |
| Plaintiff, | **ORDER REGARDING PRE-TRIAL CONFERENCE AND JOINT PRE-TRIAL STATEMENT** |
| vs. | |
| ALLEN BARONI, ALECK DAMBACHER, LOUIS GIOVANNONI, in their individual capacities, | |
| Defendants | |

The parties have stipulated that the pre-trial conference in this matter, currently scheduled for November 21, 2008 at 2:00 p.m., may be rescheduled to December 3, 2008 at 3:00 p.m. The parties have also stipulated that the submission of their joint pre-trial statement may be continued two weeks until November 18, 2008. The parties have made this stipulation and seek the Court's approval hereof in order to facilitate continued settlement discussions. Good cause appearing therefore,

\\

\\

[Proposed] Order - 1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO ORDERED:

1. That the pre-trial conference is hereby moved to December 3, 2008 at 3:00 p.m.

2. That the deadline for submission of the parties' joint pre-trial statement is hereby moved to November 28, 2008.

Dated:   October 22, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U. S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com