| | |
|---|---|
| 1 | CYNTHIA J. LARSEN (SBN 123994) |
|   | KATIE C. DEWITT (SBN 244673) |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 400 Capitol Mall, Suite 3000 |
| 3 | Sacramento, CA  95814-4497 |
|   | Telephone:     (916) 447-9200 |
| 4 | Facsimile:      (916) 329-4900 |
|   | Email: clarsen@orrick.com |
| 5 |             kdewitt@orrick.com |
| 6 | Attorneys for Plaintiffs |
|   | Robert Mori, II and Robert Mori |
| 7 | |
|   | JAMES K. WARD (SBN 117639) |
| 8 | DANIEL P. JAY (SBN 215860) |
|   | EVANS, WIECKOWSKI & WARD LLP |
| 9 | 745 University Avenue |
|   | Sacramento, CA 95825 |
| 10 | Telephone:     (916) 923-1600 |
|    | Facsimile:      (916) 923-1616 |
| 11 | Email:  ward@ewwllp.com |
| 12 | Attorneys for Defendants |
|    | Allen Baroni, Aleck Dambacher, and |
| 13 | Louis Giovannoni |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORI, II and ROBERT MORI, | Case No. 2:07-cv-00295-JAM-GGH |
| Plaintiffs, | **STIPULATION AND ORDER RE DISMISSAL OF ACTION** |
| v. | |
| ALLEN BARONI, ALECK DAMBACHER, LOUIS GIOVANNONI, in their individual capacities, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiffs Robert Mori and Robert Mori, II, by and through their counsel, Cynthia J. Larsen of the law offices of Orrick, Herrington & Sutcliffe LLP, and Defendants Allen Baroni, Aleck Dambacher, and Louis Giovannoni, by and through their counsel, James K. Ward of the law offices of Evans,

PDF created with pdfFactory trial version www.pdffactory.com

1 Wieckowski, and Ward LLP, that this action, having been amicably resolved and settled by the

2 parties, shall be DISMISSED WITH PREJUDICE, WITH PLAINTIFF AND DEFENDANTS

3 EACH TO BEAR THEIR OWN COSTS AND ATTORNEYS' FEES.

**IT IS SO STIPULATED.**

Dated: June 2, 2009         CYNTHIA J. LARSEN
                            KATIE C. DEWITT
                            ORRICK, HERRINGTON & SUTCLIFFE LLP


                            /s/ Cynthia J. Larsen
                            ─────────────────────────────
                            CYNTHIA J. LARSEN
                            Attorneys for Plaintiffs
                            Robert Mori, II and Robert Mori

Dated: June 2, 2009         JAMES K. WARD
                            EVANS, WIECKOWSKI & WARD LL


                            /s/ James K. Ward
                            ─────────────────────────────
                            JAMES K. WARD
                            Attorneys for Defendants
                            Allen Baroni, Aleck Dambacher, and
                            Louis Giovannoni


Dated: June 2, 2009
                            /s/ John A. Mendez
                            ─────────────────────────────
                            THE HONORABLE JOHN A. MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com